## A08A1763. JASPER COUNTY BOARD OF TAX ASSESSORS v. SOLOMON.
### (674 SE2d 668)

SMITH, Presiding Judge.

The Jasper County Board of Tax Assessors appeals from the trial court's order concluding that it improperly disallowed Judy Solomon's claim for a conservation use assessment under OCGA § 48-5-7.4 (b) (5). Based on this court's recent opinion in *Morrison v. Claborn*, 294 Ga. App. 508 (669 SE2d 492) (2008), we reverse.

In *Morrison*, supra, we decided the identical issue now before us: whether property can qualify as bona fide conservation use property under OCGA § 48-5-7.4 (b) (5) when restrictive covenants prevent the property owner from conducting some, but not all, of the activities described in OCGA § 48-5-7.4 (a) (1) (E). We concluded in *Morrison* that this type of property does *not* qualify as bona fide conservation use property. As a result, we reverse the trial court's order reaching a contrary conclusion.

*Judgment reversed. Mikell and Adams, JJ., concur.*

DECIDED MARCH 5, 2009.

*Sell & Melton, Mary E. Hand, Kevin T. Brown*, for appellant.
*W. Dan Roberts*, for appellee.